JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Kapper, Lazansky and Hagarty, JJ.

CHARLES MARTIN FINK, Appellant, Respondent, v. MARGARET WHITE FINK, Respondent, Appellant.— Order denying plaintiff's motion for reduction of alimony, and also denying defendant's motion for an increase thereof, affirmed, without costs to either party. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

ALEXANDER GREEN & Co., INC., Plaintiff, v. CRANE SIMPLEX Co., INC., Defendant. LOUIS BOWSKY, Mortgagee, Appellant; AUGUST G. KLAGES, Receiver, etc., and STUARD HIRSCHMAN, Mortgagee and Landlord, Respondents.— Order approving account of receiver affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

RUDOLPH GULICK, Respondent, v. TILO ROOFING Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

ANNA HAMILTON, Respondent, v. SIMON KARP and HARRY WASHNITZER, Appellants.— Judgment and order denying motion for new trial unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

KATHERINE HARDING, Appellant, v. SOLOW & GLASS, INC., and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Kelly, P. J., Manning and Kapper, JJ., concur; Young and Lazansky, JJ., dissent, and vote to reverse, being of opinion that, notwithstanding the fact that defendants' sidewalk was laid at the lawful grade, the owner and the contractor were under an obligation to give notice of a dangerous condition created by the doing of the work.

NETTIE L. HARRON, Appellant, v. DAVID G. LEGGET, Respondent.— Judgment reversed upon the law and the facts, and new trial granted, costs to appellant to abide the event. In our opinion, the evidence adduced on behalf of plaintiff as to the worn and dangerous condition of the rug in question was sufficient to entitle her to have the case submitted to the jury. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

CHARLES M. HAYWARD, Respondent, v. ELMER CLIFTON, Appellant.— Order directing clerk of the county of Kings to tax costs and disbursements, and to insert such costs and disbursements, as taxed, in the judgment, affirmed, with ten dollars costs and disbursements. It is not material whether defendant was served in New York county or elsewhere, since plaintiff, a resident of Kings county, was not called upon to bring his action in the City Court of New York, as constituted in 1925, to preserve his right to costs under the provisions of subdivision 1 of section 1474 of the Civil Practice Act. (*Waldstreicher* v. *Solomon*, 127 App. Div. 364; *Burgdorf* v. *Brooklyn, Queens County & Suburban R. R. Co.*, 130 id. 253.) Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

HATTIE L. HAYWARD, Respondent, v. ELMER CLIFTON, Appellant.— Order directing the clerk of the county of Kings to tax costs and disbursements, and to